**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Connecticut

Case number (*If known*): ________________________ Chapter 15

❑ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding

12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

1. **Debtor's name**

   Ballacorey Wheat Limited (in Voluntary Liquidation)

2. **Debtor's unique identifier**

   **For non-individual debtors:**

   ❑ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___

   ☑ Other 116800C. Describe identifier Registration Number.

   **For individual debtors:**

   ❑ Social Security number: xxx – xx– ____ ____ ____ ____

   ❑ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____

   ❑ Other ________________________. Describe identifier ____________________________.

3. **Name of foreign representative(s)**

   Stephen Robert Cork

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**

   ________________________________________________

5. **Nature of the foreign proceeding**

   *Check one:*

   ❑ Foreign main proceeding
   ❑ Foreign nonmain proceeding
   ☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ❑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ❑ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   A copy of the June 6, 2025 Resolution placing Ballacorey Wheat Limited into voluntary liquidation and appointing the joint voluntary liquidators

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ❑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

   ☑ Yes

Debtor Ballacorey Wheat Limited (in Voluntary Liquidati
Name

Case number (if known)________________

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Isle of Man

**Debtor's registered office:**

Fort Anne, South Quay
Number Street

P.O. Box

Douglas, IM1 5PD
City State/Province/Region ZIP/Postal Code

Isle of Man
Country

**Individual debtor's habitual residence:**

Number Street

P.O. Box

City State/Province/Region ZIP/Postal Code

Country

**Address of foreign representative(s):**

40 Villiers Street
Number Street

P.O. Box

London WC2N 6NJ
City State/Province/Region ZIP/Postal Code

England
Country

**10. Debtor's website** (URL)

________________

**11. Type of debtor**

*Check one:*

☐ Non-individual (*check one*):

☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐ Partnership

☐ Other. Specify: ________________

☐ Individual

Debtor Ballacorey Wheat Limited (in Voluntary Liquidati
Name

Case number (*if known*)

**12. Why is venue proper in *this district*?**

*Check one:*

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

______.

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
Debtor possesses assets within the District.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✘ [signature] Stephen Robert Cork
Signature of foreign representative — Printed name

Executed on 11/16/2026
MM / DD / YYYY

✘ ______ ______
Signature of foreign representative — Printed name

Executed on ______
MM / DD / YYYY

**14. Signature of attorney**

✘ */s/ Kevin J. Lennon* Date 11/16/2026
Signature of Attorney for foreign representative — MM / DD / YYYY

Kevin J. Lennon
Printed name

LENNON MURPHY & PHILLIPS LLC
Firm name

1599 Post Road East
Number Street

Westport CT 06880
City State ZIP Code

(203) 256-8600 kjl@lmplaw.com
Contact phone Email address

420317 CT
Bar number State

# EXHIBIT 1
# Winding Up Resolution

**The Company Act 1931 and The Companies (Winding-Up) Rules 1934**

**Company Limited by Shares**

**RESOLUTIONS PASSED AT A MEETING OF MEMBERS**

**(Pursuant to Section 214(1)(c) of the Company Act 1931)**

**Of Ballacorey Wheat Limited ("the Company")**

**Company Number: 116800C**

**Passed – 6 June 2025**

At a General Meeting of the members of the Company, duly convened and held at 10:00am on 6 June 2025 the following resolutions were duly passed; Number 1 as Extraordinary Resolution and Number 2 as an Ordinary Resolution:

1. "That the Company be wound up voluntarily"
2. "That Stephen Robert Cork and Mark Smith of Cork Gully LLP, 40 Villiers Street, London, WC2N 6NJ be appointed Joint Liquidators of the Company and that they be authorised to act either jointly or separately ("the Joint Liquidators")".

Signed:

**Manraj Singh Bindra**
Director and Chairman

Date: 6 June 2025

# EXHIBIT 2
# Rule 1007(a)(4) List

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ----------------------------------------------------------------X<br>In re<br><br>Ballacorey Wheat Limited<br>(in Voluntary Liquidation)[1]<br><br>Debtor in a Foreign Proceeding.<br><br>----------------------------------------------------------------X | Chapter 15<br><br>Case No. 26-______ |

**LIST FILED PURSUANT TO RULES 1007(a)(4) AND 7007.1**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Stephen Robert Cork ("**Cork**"), in his capacity as the voluntary liquidator (the "**Liquidator**") of Ballacorey Wheat Limited (in Voluntary Liquidation) ("**Ballacorey**") in the voluntary liquidation of Ballacorey (the "**Ballacorey Liquidation**") pursuant to the Companies Act 1931 (the "**Companies Act**") and the Companies (Winding Up) Rules 1934 (the "**Companies Rules**"), by his undersigned United States counsel, Lennon Murphy & Phillips LLC and Gluck & Co. LLP, respectfully submits the following statements required by section 1515(c) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"):

**I. Statement Required Under Section 1515(c) of the Bankruptcy Code**

The Liquidator is the duly appointed voluntary liquidator of Ballacorey. The Liquidator believes that, other than the Ballacorey Liquidation, there are no foreign proceedings pending with respect to Ballacorey.

[1] Ballacorey Wheat Limited (in Voluntary Liquidation) is an Isle of Man limited company, with registration number 116800C.

The Liquidator's mailing address is:

c/o Cork Gully LLP
40 Villiers Street
London, England WC2N 6NJ

## II. All Parties to Litigation Pending in the United States in Which Ballacorey Is a Party at the Time of the Filing of the Chapter 15 Petition

The Liquidator believes that Ballacorey is not a party to any litigation matters currently pending in the United States.

## III. Statement Required Under Section 1519 of the Bankruptcy Code

At this time, the Liquidator does not seek provisional relief under section 1519 of the Bankruptcy Code. The Liquidator reserves the right to modify or supplement any of the information provided in this statement.

## IV. Corporate Ownership Statement

Under Rules 1007(a)(4) and 7007.1 of the Bankruptcy Rules, the Liquidator submits, to the best of his knowledge and upon review of the books and records of Ballacorey, the following list of persons and entities that hold ownership interests in Ballacorey:

GEM Management Limited – 50%

Quist Services Inc. – 50%

[*Remainder of page left intentionally blank*]

I, Stephen Robert Cork, am the Liquidator and authorized signatory in this chapter 15 case. In such capacity, I am familiar with the operations and financial affairs of Ballacorey. I declare under penalty of perjury under the laws of the United States that the information provided in the foregoing "List Filed Pursuant to Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure" is true and correct to the best of my knowledge, information, and belief.

Executed on this 16th day of November, 2026.

______________________________
Stephen Robert Cork