# EXHIBIT 9

**Co No** V 116800C

**Form IM39D**

# THE COMPANIES ACT 2006

## CREDITORS' VOLUNTARY WINDING UP

## NOTICE OF APPOINTMENT OF LIQUIDATOR

Pursuant to section 238 of the Companies Act 1931
as applied by section 182 of the Companies Act 2006

| | |
|---|---|
| Company Name: | Ballacorey Wheat Limited |

We, Stephen Robert Cork and Mark Smith

of Cork Gully LLP, 40 Villiers Street, London, WC2N 6NJ

hereby give Notice that we have been appointed Liquidators of Ballacorey Wheat Limited

by Members and Creditors of the Company with resolutions were duly passed at the General Meeting of the members of the Company and Meeting of the creditors of the Company held on 6 June 2025 at 10:00am and 10.15am, respectively.

Signature(s) ……………………………………
*Stephen Robert Cork*

……………………………………
*Mark Smith*

Dated the 6th day of June 2025

*(a) state how appointed, whether by the Creditors of the Company or how otherwise.*
*(b) to be signed by each Liquidator if more than one.*

| Presented by: | Official use only: |
|---|---|
| | |